UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN SCOTT ADAMS,

                Plaintiff,

v.

BRUCE LANUM, et al.,

                Defendants.

CASE NO. 3:24-CV-5034-KKE-DWC

ORDER RENOTING MOTION FOR EXTENSION AND STAYING DISPOSITIVE MOTION DEADLINE

      This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. Currently pending in this action are Plaintiff Ryan Scott Adams's Motion to Compel, Dkt. 25, and Defendants Bruce Lanum and Adam Clarno's (collectively "Defendants") Motion for Extension of Time to complete discovery and file dispositive motions, Dkt. 28.

      Because both Motions relate to the completion of discovery, the Court finds principles of efficiency and judicial economy will be served by considering the Motions together. Therefore,

ORDER RENOTING MOTION FOR EXTENSION
AND STAYING DISPOSITIVE MOTION
DEADLINE - 1

the Court modifies the briefing schedule and noting date for Defendants' Motion for Extension of Time[1] (Dkt. 28) as follows:

1. Plaintiff is directed to file a response[2] to Defendants' Motion for Extension of Time not later than December 9, 2024. Failure to respond to Defendants' Motion on or before that date will be deemed an admission by Plaintiff that the Motion has merit. *See* Local Rules W.D. Wash., LCR 7(b)(2).

2. Defendants may file an optional reply in support of their Motion on or before December 13, 2024.

3. The Clerk of Court is directed to renote Defendants' Motion for Extension of Time for consideration on December 13, 2024.

Additionally, because Defendants' Motion seeks relief from the quickly approaching deadline to file dispositive motions, *see* Dkt. 19, the Court stays the dispositive motion deadline until after it resolves Defendants' Motion for Extension of Time. The Court will reestablish the deadline to file dispositive motions in a subsequent order.

Dated this 3rd day of December, 2024.

David W. Christel
United States Magistrate Judge

---

[1] The briefing schedule for Plaintiff's Motion to Compel (Dkt. 25) is unaffected by this Order and remains consistent with the deadlines established by Court's Local Rules. *See* Local Rules W.D. Wash., LCR 7(d)(3) ("Any opposition papers shall be filed and received by the moving party no later than 15 days after the filing date of the motion. Any reply papers shall be filed and received by the opposing party no later than 21 days after the filing date of the motion.").

[2] Plaintiff's Objections filed on November 22, 2024, will not be treated as a response to Defendants' Motion for Extension of Time because those Objections were received before Defendants filed their Motion with the Court and are not directly responsive to the arguments raised therein. *See* Dkt. 26.

ORDER RENOTING MOTION FOR EXTENSION
AND STAYING DISPOSITIVE MOTION
DEADLINE - 2