UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN SCOTT ADAMS,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>BRUCE LANUM, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:24-CV-5034-KKE-DWC<br><br>ORDER RENOTING CROSS MOTIONS FOR SUMMARY JUDGMENT |

This prisoner civil rights action has been referred to United States Magistrate Judge David W. Christel. On January 3, 2025, Plaintiff Ryan Scott Adams filed a motion for summary judgment, which is currently noted for consideration on January 31, 2025. Dkt. 40. On January 10, 2025, Defendants Bruce Lanum and Adam Clarno (collectively "Defendants") also moved for summary judgment, and their motion is noted for consideration on February 7, 2025. Dkt. 43. On January 24, 2025, Plaintiff filed a document titled "Summary Judgment 2.0," in which he responds to Defendants' arguments for summary judgment in their favor and raises new arguments and evidence for summary judgment in his favor. Dkt. 52 ("Summary Judgment 2.0"); 53 (Plaintiff's evidence). Given the ambiguous title, the Clerk's Office docketed the filing as a

new summary judgment motion. *See* Dkt. 52. However, as this document was filed after the January 10, 2025 deadline to file dispositive motions expired (Dkt. 36), the Court does not construe it as a new summary judgment motion but rather as a response in opposition to Defendants' motion for summary judgment (Dkt. 43) and a reply in support of Plaintiff's own motion (Dkt. 40). The Clerk is therefore directed to update the docket in accordance with this Order.

      In addition, the Court typically considers cross motions together, even if they are noted for different days. *See* Local Rules W.D. Wash. LCR 7(k). Accordingly, the Clerk is further directed to re-note Plaintiff's motion for summary judgment (Dkt. 40) for consideration on February 7, 2025, as this will allow the cross motions for summary judgment to be considered simultaneously. The new noting date for Plaintiff's motion does not reflect an extension to the briefing deadlines established in LCR 7(d)(4) of this Court's Local Rules. Thus, with the exception of Defendants' reply in support of their own motion for summary judgment, which remains due on February 7, 2025, no additional briefing on the cross motions for summary judgment will be considered unless filed with leave of court.

      Dated this 4th day of February, 2025.

David W. Christel
United States Magistrate Judge

ORDER RENOTING CROSS MOTIONS FOR
SUMMARY JUDGMENT - 2