UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN SCOTT ADAMS,<br>    Plaintiff,<br> v.<br>BRUCE LANUM et al,<br>    Defendants. | CASE NO. C24-5034-KKE<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO OBJECT TO REPORT AND RECOMMENDATION |

  On March 11, 2025, the Honorable David W. Christel, United States Magistrate Judge, issued a Report and Recommendation ("R&R") denying Plaintiff's motion for summary judgment and granting Defendants' motion for summary judgment. Dkt. No. 61. Under Federal Rule of Civil Procedure 72, either party could file an objection to the R&R by March 25, 2025. *Id.* at 17; Fed. R. Civ. P. 72(b)(2). On March 17, 2025, Plaintiff filed a motion requesting 45 days to respond to the R&R due to his limited access to legal materials. Dkt. No. 64. Defendants filed a response stating that they did not oppose Plaintiff's request for an extension. Dkt. No. 65. The Court finds good cause to extend Plaintiff's deadline to respond to the R&R and grants Plaintiff's motion. Dkt. No. 64.

  Accordingly, Plaintiff shall file any objections to the R&R by May 9, 2025. The Clerk shall re-note the R&R (Dkt. No. 61) for May 9, 2025.

  Dated this 27th day of March, 2025.

Kymberly K. Evanson
United States District Judge